In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-438 CV


____________________



CHARLES L.W. MCGUIRE AND MARK KELLDORF, Appellants



V.



NCNY TEXAS CORP., ET AL., Appellees






On Appeal from the 411th District Court


Polk County, Texas


Trial Cause No. 13,528-A






 MEMORANDUM OPINION 


 The appellants, Charles L.W. McGuire and Mark Kelldorf, filed a motion to dismiss
this appeal. The Court finds that this motion is voluntarily made by the appellants prior to
any decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party
filed a notice of appeal. The motion to dismiss is granted and the appeal is therefore
dismissed.

 APPEAL DISMISSED.

 ____________________________

 HOLLIS HORTON

 Justice

 

Opinion Delivered April 27, 2006 

Before McKeithen, C.J., Kreger and Horton, JJ.